

**Patrick W. McGovern, Esq.**
Partner
Member of NJ and NY Bars
pmcgovern@genovaburns.com
Direct: 973-535-7129

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/22

May 9, 2022

**VIA ECF**
Hon. Valeri E. Caproni, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    **JOIN<u>T REQUEST FOR SETTLEMENT CONFERENCE WITH U.S.
            MAGISTRATE
            Walker v. Hayden Products, LLC and Coffee Pond, LLC,
            Civil Action No. 1:22-cv-02360-VEC</u>**

Dear Judge Caproni:

    Our firm represents Hayden Products LLC, f/k/a Coffee Pond, LLC ("Defendant") in the referenced matter.

    We write jointly with Counsel for Plaintiff Brian Walker, Kirsten M. Schneider, Esq., to request that a settlement conference be scheduled with Magistrate Judge Katherine H. Parker at the Magistrate's earliest convenience, with the goal being an early resolution of this Action.

    Should the Court require anything further from the Parties, please let us know.

                                                Respectfully,

                                                **GENOVA BURNS LLC**

                                                /s/ *Patrick W. McGovern*
                                                PATRICK W. McGOVERN

PWM/LSS

    cc:    Kirsten M. Schneider, Esq. (via ECF)
              *Attorney for Plaintiff*
#16502862v1 (25062.001)

Case 1:22-cv-02360-VEC   Document 14   Filed 05/10/22   Page 2 of 2

Application GRANTED. The Court will refer this matter to Magistrate Judge Parker for settlement by separate order. The parties are reminded that the date of the Initial Pre-Trial Conference and pre-conference submissions deadline outlined in the Court's order at Docket 5 remain in effect.
SO ORDERED.

*[signature]*
5/10/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE