

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/2022

**Kirsten M. Schneider**
71 Old Post Road, Suite One
Southport, Connecticut 06890
Telephone & TDD (203) 255-4150
Fax (203) 255-0380
Email kschneider@capclaw.com
www.capclaw.com

## MEMO ENDORSED

VIA ECF

August 2, 2022

Hon. Katharine H. Parker, Magistrate Judge
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Rm 17D
New York, NY 100007-1312

RE:   Walker v. Hayden Products LLC, et al., Case No. 22-CV-02360 (VEC)
      **LETTER MOTION TO CONTINUE SETTLEMENT CONFERENCE SET FOR AUGUST 11, 2022**

Dear Judge Parker,

This office represents Plaintiff Brian Walker. Plaintiff submits this letter motion pursuant to SDNY Local Rules and to Hon. Parker's Individual Practices in Civil Cases and requests that the upcoming settlement conference set for August 11, 2022, at 2PM be adjourned and rescheduled for this Court first available date. The Plaintiff also requests that the corresponding deadline to submit pre-conference materials to this Court (August 4, 2022) also be adjourned and rescheduled.

In support of this motion Plaintiff states the following good cause:

1. This matter was referred to Your Honor for mediation and a scheduling order for settlement conference was entered on May 10, 2022 [Dkt. Entry 15].

2. On the morning of August 2, 2022, Plaintiff's counsel, Kirsten Schneider, learned of a personal, family-related matter that conflicts with the scheduled conference. Attorney Schneider will no longer be able to attend the conference as anticipated. Her son is suffering from a potentially serious medical condition that will require her to be with him at a medical appointment in Boston, MA on August 11, 2022, at 2:45 PM. The availability of this August 11, 2022, appointment for her son arose and became known to her on the morning on August 2, 2022, and cannot be rescheduled.

3. Plaintiff's counsel, Mark Carey, is also unavailable to attend the August 11, 2022, conference as his mother entered hospice care this morning, and he anticipates her passing in the next few days. He will be with family and taking care of his mother's affairs next week.

4. On August 2, 2022, Plaintiff's counsel notified Defendants' counsel of these conflicts and asked for their consent to this motion. Defendants gave their consent to Plaintiff's motion.

Employment & Executive Law

Therefore, Plaintiff respectfully requests that the settlement conference scheduled for August 11, 2022, and the deadline to submit pre-conference materials of August 4, 2022, be adjourned and rescheduled.

Thank you.

Sincerely,

*/s/ Kirsten M. Schneider*

Kirsten M. Schneider

cc: Patrick McGovern, Esq. (via ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, August 11, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, October 20, 2022 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 13, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/03/2022